**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 09-3737 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER CORRECTING TYPOGRAPHICAL ERROR** |
| RUSS HUSEBY AND BRADY HUSEBY, | |
| Defendants. | |

Ana H. Voss, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415; Molly A. McKegney, Assistant District Counsel, **US ARMY CORPS OF ENGINEERS – SAINT PAUL DISTRICT**, 180 Fifth Street East, Suite 700, Saint Paul, MN 55101, for plaintiff;

R. Thomas Torgerson, **HANFT FRIDE PA**, 130 West Superior Street, Suite 1000, Duluth, MN 55802; Patrick S. Dinneen, 5554 Highway 61, Silver Bay, MN 55614, for defendants.

Pursuant to Fed. R. Civ. P. 60(a), the Court amends a typographical error in footnote one on page 4 of its Memorandum Opinion and Order, dated March 2, 2012 [Docket No. 80]. Footnote one should read:

> [1] The Oxford English Dictionary defines silviculture as: "The cultivation of woods or forests; the growing and tending of trees as a department of forestry." *Oxford English Dictionary* (Online Ed. 2011).

Please replace the Order with the attached corrected Memorandum Opinion and Order.

DATED: March 26, 2012  
at Minneapolis, Minnesota.

                                      s/ John R. Tunheim  
                                      JOHN R. TUNHEIM  
                                   United States District Judge